**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7449**

———————

LEE DAVID COLLINS, JR.,

Plaintiff - Appellant,

versus

PARKER EVATT, Commissioner; DAVID L. BARTLES,
Drector; ROBERT W. DONLIN, Deputy Regional
Administrator, South Carolina Department of
Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-94-2426-3-OBD)

———————

Submitted:  March 25, 1997          Decided:  April 9, 1997

———————

Before MURNAGHAN, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lee David Collins, Jr., Appellant Pro Se.  Vinton DeVane Lide,
Michael Stephen Pauley, LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C.,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Collins v. Evatt</u>, No. CA-94-2426-3-OBD (D.S.C. Aug. 30, 1996). We deny Appellant's motions for appointment of counsel and for reconsideration of our denial of his motion to proceed without prepayment of fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>